IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>KELLEY BROOKE BROADDUS,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 16-41917-BEM |
| BAYVIEW LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-33CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-33CB,<br><br>Creditor.<br><br>vs.<br><br>KELLEY BROOKE BROADDUS,<br>MARY IDA TOWNSON, Trustee,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CONTESTED MATTER PROCEEDING<br><br>CHAPTER: 13 |

WITHDRAWAL OF MOTION FOR RELIEF FROM STAY (Docket #40)

COMES NOW Movant, and pursuant to Bankruptcy Rule 7041 and Rule 41 of the Federal Rules of Civil Procedure, hereby withdraws its MOTION FOR RELIEF FROM STAY filed July 05,2018, without prejudice.

This 11th day of September, 2018.

/s/Heather D. Bock
HEATHER D. BOCK
GEORGIA BAR NO. 122806
Attorney for Movant

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA   30076
678-281-6444 – Direct Dial
678-281-6444 - Fax
Heather.Bock@mccalla.com

BANKRUPTCY CASE

NO. 16-41917-BEM

CHAPTER 13

CERTIFICATE OF SERVICE

 I, Heather D. Bock, of McCalla Raymer Leibert Pierce, LLC, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

 That on the date below, I served a copy of the within WITHDRAWAL OF MOTION FOR RELIEF FROM STAY filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Kelley Brooke Broaddus
207 Lee Street
Cartersville, GA 30120

Howard P. Slomka     *(served via email at se@myatllaw.com)*
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Mary Ida Townson, Trustee     *(served via email)*
Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   9/11/2018   By:   /s/Heather D. Bock
     (date)     HEATHER D. BOCK, GEORGIA BAR NO. 122806
            Attorney for Movant